1056

[Nos. 48217-3-I; 48782-5-I.   Division One.   August 5, 2002.]

BETTER FINANCIAL SOLUTIONS, INC., *Appellant*, v. LAKESIDE INDUSTRIES, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for King County, No. 99-2-24521-1, Jay V. White, J., entered December 8, 2000 and March 5, 2001. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox, A.C.J., and Kennedy, J.

[No. 48652-7-I.   Division One.   August 5, 2002.]

FREDERICK L. ANDREWS, ET AL., *Appellants*, v. MARK McMAHAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for San Juan County, No. 00-2-05155-8, Vickie I. Churchill, J., entered May 24, 2001. *Affirmed* by unpublished per curiam opinion.

[Nos. 48703-5-I; 49106-7-I.   Division One.   August 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY MONTAN RIVERS, *Appellant*.

*In the Matter of the Personal Restraint of* RODNEY RIVERS, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-10032-5, Douglass A. North, J., entered May 31, 2001, together with a petition for relief from personal restraint. Judgment *reversed*, and petition *dismissed* by unpublished per curiam opinion.

[No. 48708-6-I.   Division One.   August 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES ANTHONY RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-01150-9, Douglass A. North, J., entered June 15, 2001. *Affirmed* by unpublished opinion per Baker, J., concurred in by Cox., A.C.J., and Coleman, J.